IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAUL EXCAVATING, INC., <br><br> Defendant. | Case No. 12-cv-651-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiffs' dismissal without prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party answers. Here, the defendant has not answered plaintiffs' complaint. Accordingly, because the plaintiffs have an absolute right to dismiss this case, the Court **DISMISSES** this case. Further, as this case is now dismissed, the Court **DENIES** plaintiffs' motion for default order to compel an accounting (Doc. 6) as moot.

**IT IS SO ORDERED.**

**DATED:** October 18, 2012

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
